## STATE EX REL. CLIFFORD L. HILTON, ATTORNEY GENERAL v. A. J. VAN BUSKIRK.[1]

October 26, 1923.

No. 23,795.

**Case followed.**

Upon the relation of Clifford L. Hilton, Attorney General, the supreme court issued its writ of quo warranto directed to A. J. Buskirk requiring him to appear and show by what warrant he held the office of clerk of the city of Eveleth.   Writ quashed.

*Clifford L. Hilton,* Attorney General, and *Giblin & Manthey,* for relator.

*J. C. McGilvery, George H. Spear* and *Boyle & Montague,* for respondent.


PER CURIAM.

For the reasons stated in State ex rel. v. Essling, supra, page 15, the motion of the respondent to quash the writ of quo warranto issued in the above entitled proceeding must be granted, and it is accordingly ordered that such writ be and the same hereby is quashed.

[1]Reported in 195 N. W. 542.